**So Ordered.**

**Dated: February 10th, 2016**



Frank L. Kurtz
Bankruptcy Judge

Form: eoocuf
Rev: 08/28/2012

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case Number: **98–06581–FLK7** |
| **HEALTH LINK** | Chapter: **7** |
| (Debtor) | **AMENDED ORDER TO PAY UNCLAIMED FUNDS** |

A Petition to Claim Unclaimed Funds having been filed by Northern Medical Systems, Inc. whose attorney-in-fact is Asset Recovery Trust in the amount of $ 2193.64. and the petitioner having provided proof of the right to the funds held by the Court pursuant to 28 U.S.C. §2042;

IT IS ORDERED that the Petition to Claim Unclaimed Funds is hereby GRANTED.

///End of Order///